JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISRICT OF NEVADA**

| | |
|---|---|
| VICTOR OBREGON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant(s). | Case No. 2:22-cv-02044-JAD-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**ECF No. 26** |

WHEREAS, a mandatory settlement conference was conducted on April 30, 2024 which resulted in the parties and their counsel agreeing upon a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Amber N. King, Esq. of the law firm HIGH STAKES INJURY LAW as counsel of record for Plaintiff VICTOR OBREGON as follows:

1. That the claims herein of Plaintiff VICTOR OBREGON against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4859-0880-5050.1

2. That any dates on the Court's docket related to submitting a pre-trial order be vacated.

Respectfully submitted this 9th day of May, 2024.

| HIGH STAKES INJURY LAW | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Amber N. King<br>AMBER N. KING, ESQ.<br>Nevada Bar No. 014070<br>320 South Jones Boulevard<br>Las Vegas, NV  89107<br>(702) 918-7400<br>Attorneys for Plaintiff<br>VICTOR OBREGON | /s/ Jerry  S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Blvd., #195<br>Las Vegas, Nevada  89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**O R D E R**

Based on the parties' stipulation [ECF No. 26] and good cause appearing, IT IS ORDERED that THIS ACTION IS **DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE
May 10, 2024

2